The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

FREEDOM FOUNDATION, a
Washington non-profit corporation,

                    Plaintiff,

    v.

JOEL SACKS, in his official capacity as
Director of Washington State Department
of Labor & Industries; HEATHER
NORMOYLE, in her individual capacity;
and ELIZABETH SMITH, in her
individual capacity,

                    Defendants.

NO. 3:19-cv-05937-BJR

JOINT STIPULATION AND
MOTION TO SET BRIEFING
SCHEDULE AND TO EXTEND
CASE SCHEDULE ORDER
DATES

## I.    MOTION

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and Local Civil Rules
7(d)(1) and 10(g), and the Court's Standing Order (Dkt. 61), the parties to the above-captioned
case, including the Plaintiff, FREEDOM FOUNDATION ("Plaintiff" or the "Foundation");
JOEL SACKS, in his official capacity as Director of the WASHINGTON STATE
DEPARTMENT OF LABOR & INDUSTRIES; and HEATHER NORMOYLE, and
ELIZABETH SMITH (collectively, the "Defendants"); by and through their undersigned
attorneys, have stipulated to and hereby jointly request the Court's approval of a consolidated
briefing schedule for Cross-Motions for Summary Judgments and an extension of time, of sixty

JOINT STIPULATION AND MOTION TO
SET BRIEFING SCHEDULE AND TO
EXTEND CASE SCHEDULE ORDER
DATES
NO. 3:19-CV-05937-

    1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

(60) days, to the other case schedule deadlines in this matter, and in support thereof, further state as follows:

1.      Plaintiff's original Complaint was filed on October 2, 2019 (Dkt. 1), and the Parties stipulated to the filing of an Amended Complaint on December 13, 2019 (Dkt. 16).

2.      On February 7, 2020, the Court issued its Minute Order Setting Trial and Pretrial Dates. Subsequently, on August 24, 2020, the Court signed an Order for Stipulated Extension of Discovery Cutoff and Related Deadlines (the "Schedule Order") (Dkt. 58).

3.      The Schedule Order establishes a deadline of December 14, 2020, for dispositive motions, and schedules trial to be held in March, 2021, with pretrial deadlines in February and March, 2021.

4.      The Parties have concluded discovery pursuant to the Schedule Order and have prepared Cross-Motions for Summary Judgment, which the Parties believe will dispose of all claims in this case. The Parties believe judicial economy will best be served by consolidating these Cross-Motions.

5.      The Defendants filed their Motion for Summary Judgment and supporting papers on December 4, 2020 (Dkts. 63–65).

6.      The undersigned counsel for the parties have conferred and agreed upon a briefing schedule for Plaintiff's Cross-Motion for Summary Judgment and Response to Defendants' Motion for Summary Judgment, the Defendants' Response and Reply, and Plaintiff's Reply.

7.      The Parties stipulate to and request entry of the following schedule for their Cross-Motions for Summary Judgment:

   i.      Plaintiff's Response and Cross-Motion for Summary Judgment due January 7, 2021, maximum of forty-five (45) pages.

   ii.     Defendants' Consolidated Response and Reply due February 4, 2021, maximum of forty (40) pages.

JOINT STIPULATION AND MOTION TO
SET BRIEFING SCHEDULE AND TO
EXTEND CASE SCHEDULE ORDER
DATES
NO. 3:19-CV-05937-

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

iii.    Plaintiff's Reply due February 18, 2021, maximum of twenty-five (25) pages.

8.      The undersigned counsel have further conferred concerning the length of the aforementioned extension of the Schedule Order (Dkt. 58), and agree that an additional sixty (60) days will likely be sufficient to allow for counsel to conclude the necessary briefing and for the Court to consider the Cross-Motions and potentially schedule a hearing, should it be so inclined. Counsel therefore jointly request that all remaining scheduling order dates be extended by sixty (60) days.

9.      No party will be prejudiced by such relief. Moreover, a minor delay will not require any greater expenditure of the Court's time or resources, and will allow all parties to brief their respective dispositive motions for the Court's consideration.

10.     For the Court's convenience, the proposed modification to the existing Schedule Order (Dkt. 58) is set forth below.

i.      Motions in *limine* should be FILED and NOTED by:          April 12, 2021

ii.     Agreed pretrial order LODGED with the Court by:          April 26, 2021

iii.    Pretrial conference will be held at 8:30 a.m. on:          May 3, 2021

iv.     Trial brief, proposed *voir dire* & jury instructions due:          May 3, 2021

v.      FIVE DAY JURY TRIAL set for 9:00 a.m. on:          May 17, 2021

**WHEREFORE**, the Plaintiff and Defendants jointly request that the instant motion be granted, that the Court accept foregoing consolidated briefing schedule, that the remaining Scheduling Order dates be extended by sixty (60) days, that the present case schedule be further modified as set forth above, and that the Court order such other relief as is deemed equitable and just.

JOINT STIPULATION AND MOTION TO
SET BRIEFING SCHEDULE AND TO
EXTEND CASE SCHEDULE ORDER
DATES
NO. 3:19-CV-05937-

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

## II.  STIPULATION

IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, that this Court should enter an order providing that:

1.      The following briefing and hearing schedule shall govern resolution of this case:

| DATE | EVENT |
|---|---|
| January 7, 2021 | Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendants' Motion for Summary Judgment (Maximum 45 pages) |
| January 28, 2021 | Defendants' Opposition to Plaintiff's Cross-Motion and Reply in Support of Motion for Summary Judgment (Maximum 40 pages) |
| February 14, 2021 | Plaintiff's Reply in Support of Cross-Motion for Summary Judgment (Maximum 25 pages) |
| April 12, 2021 | Motions in *limine* should be FILED and NOTED |
| April 26, 2021 | Agreed pretrial order LODGED with the Court |
| May 3, 2021 | Pretrial conference will be held at 8:30 a.m. |
| May 3, 2021 | Trial brief, proposed *voir dire* & jury instructions due |
| May 17, 2021 | JURY TRIAL set for 9:00 a.m. |

2.      Except as amended via this stipulation, all other scheduling Orders issued in this case shall remain in full force and effect.

JOINT STIPULATION AND MOTION TO
SET BRIEFING SCHEDULE AND TO
EXTEND CASE SCHEDULE ORDER
DATES
NO. 3:19-CV-05937-

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1

2    It is SO AGREED this 10th day of December, 2020.

3    /s/ Brendan Selby                                  /s/ Robert Bouvatte
      Brendan Selby, WSBA #55325                        Robert A. Bouvatte, Jr., WSBA #50220
4    Jeffrey C. Grant, WSBA #11046                     Eric R. Stahlfeld, WSBA #20020
      Assistant Attorneys General                       Sydney Phillips, WSBA #54295
5    Complex Litigation Division                        Freedom Foundation
      800 Fifth Avenue, Suite 2000                      P.O. Box 552
6    Seattle, WA 98104                                  Olympia, WA  98507-9501
      Brendan.selby@atg.wa.gov                          rbouvatte@freedomfoundation.com
7    Jeffrey.grant@atg.wa.gov                           estahlfeld@freedomfoundation.com
      *Attorneys for Defendants Joel Sacks,*            sphillips@freedomfoundation.com
8    *Heather Normoyle, and Elizabeth Smith*            *Attorneys for Plaintiff*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

JOINT STIPULATION AND MOTION TO              5              ATTORNEY GENERAL OF WASHINGTON
SET BRIEFING SCHEDULE AND TO                                     Complex Litigation Division
EXTEND CASE SCHEDULE ORDER                                       800 5th Avenue, Suite 2000
DATES                                                              Seattle, WA 98104-3188
NO. 3:19-CV-05937-                                                   (206) 464-7744

**ORDER**

Having reviewed the foregoing stipulation and good cause appearing therefore, IT IS HEREBY ORDERED:

1.    The following briefing and hearing schedule shall govern resolution of this case:

| DATE | EVENT |
|---|---|
| January 7, 2021 | Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendants' Motion for Summary Judgment (Maximum 45 pages) |
| January 28, 2021 | Defendants' Opposition to Plaintiff's Cross-Motion and Reply in Support of Motion for Summary Judgment (Maximum 40 pages) |
| February 14, 2021 | Plaintiff's Reply in Support of Cross-Motion for Summary Judgment (Maximum 25 pages) |
| April 12, 2021 | Motions *in limine* should be FILED and NOTED |
| April 26, 2021 | Agreed pretrial order LODGED with the Court |
| May 3, 2021 | Pretrial conference will be held at 8:30 a.m. |
| May 3, 2021 | Trial brief, proposed *voir dire* & jury instructions due |
| May 17, 2021 | JURY TRIAL set for 9:00 a.m. |

2.    Except as amended via this stipulation, all other scheduling Orders issued in this case shall remain in full force and effect.

IT IS SO ORDERED.

DATED this 11th day of December, 2020.

*Barbara J. Rothstein*

The Honorable Barbara J. Rothstein
U.S. DISTRICT COURT JUDGE

JOINT STIPULATION AND MOTION TO
SET BRIEFING SCHEDULE AND TO
EXTEND CASE SCHEDULE ORDER
DATES
NO. 3:19-CV-05937-

6

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744