The Honorable Barbara J. Rothstein

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| FREEDOM FOUNDATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOEL SACKS, in his official capacity as Director of Washington State Department of Labor & Industries; HEATHER NORMOYLE, in her individual capacity; and ELIZABETH SMITH, in her individual capacity,<br><br>Defendants. | NO. 3:19-cv-05937-BJR<br><br>STIPULATED MOTION AND ORDER AMENDING BRIEFING SCHEDULE DATES |

## I.    MOTION

The Court signed and filed an Order on the Parties' Joint Motion to Set Briefing Schedule and Extension Case Scheduling Order Dates on December 11, 2020. On review of the Order (Dkt. 67), Defendants realized that a typographical error had been made in the Stipulation and the Proposed Order submitted to the Court. The only two dates that were incorrect were with regard to Defendants' Opposition to Plaintiff's Cross Motion and Reply, and Plaintiff's Reply in Support of Cross-Motion for Summary Judgment. The Parties agree that the Defendants' Opposition should be due February 4, 2021, and the Plaintiff's Reply should be due February

JOINT STIPULATION AND MOTION TO SET BRIEFING SCHEDULE AND TO EXTEND CASE SCHEDULE ORDER DATES NO. 3:19-CV-05937-

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

18, 2021. The Parties request that the Court enter an updated Order amending those two dates. All other dates in the Order remain the same. Defendants apologize for the error.

## II.    STIPULATION

IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, that this Court should enter an order providing that:

1.    The following briefing and hearing schedule shall govern resolution of this case:

| DATE | EVENT |
|---|---|
| January 7, 2021 | Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendants' Motion for Summary Judgment (Maximum 45 pages) |
| February 4, 2021 | Defendants' Opposition to Plaintiff's Cross-Motion and Reply in Support of Motion for Summary Judgment (Maximum 40 pages) |
| February 18, 2021 | Plaintiff's Reply in Support of Cross-Motion for Summary Judgment (Maximum 25 pages) |
| April 12, 2021 | Motions in *limine* should be FILED and NOTED |
| April 26, 2021 | Agreed pretrial order LODGED with the Court |
| May 3, 2021 | Pretrial conference will be held at 8:30 a.m. |
| May 3, 2021 | Trial brief, proposed *voir dire* & jury instructions due |
| May 17, 2021 | JURY TRIAL set for 9:00 a.m. |

2.    Except as amended via this stipulation, all other scheduling Orders issued in this case shall remain in full force and effect.

JOINT STIPULATION AND MOTION TO
SET BRIEFING SCHEDULE AND TO
EXTEND CASE SCHEDULE ORDER
DATES
NO. 3:19-CV-05937-

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1    It is SO AGREED this 11th day of December, 2020.

2    /s/ Brendan Selby
     Brendan Selby, WSBA #55325
3    Jeffrey C. Grant, WSBA #11046
     Assistant Attorneys General
4    Complex Litigation Division
     800 Fifth Avenue, Suite 2000
5    Seattle, WA 98104
     Brendan.selby@atg.wa.gov
6    Jeffrey.grant@atg.wa.gov
     Attorneys for Defendants Joel Sacks,
7    Heather Normoyle, and Elizabeth Smith

8    /s/ Robert Bouvatte
     Robert A. Bouvatte, Jr., WSBA #50220
9    Eric R. Stahlfeld, WSBA #20020
     Sydney Phillips, WSBA #54295
10   Freedom Foundation
     P.O. Box 552
11   Olympia, WA  98507-9501
     rbouvatte@freedomfoundation.com
12   estahlfeld@freedomfoundation.com
     sphillips@freedomfoundation.com
13   Attorneys for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

JOINT STIPULATION AND MOTION TO            3            ATTORNEY GENERAL OF WASHINGTON
SET BRIEFING SCHEDULE AND TO                              Complex Litigation Division
EXTEND CASE SCHEDULE ORDER                               800 5th Avenue, Suite 2000
DATES                                                     Seattle, WA 98104-3188
NO. 3:19-CV-05937-                                            (206) 464-7744

# ORDER

Having reviewed the foregoing stipulation and good cause appearing therefore, IT IS HEREBY ORDERED:

**1.** The following briefing and hearing schedule shall govern resolution of this case:

| DATE | EVENT |
|---|---|
| January 7, 2021 | Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendants' Motion for Summary Judgment (Maximum 45 pages) |
| February 4, 2021 | Defendants' Opposition to Plaintiff's Cross-Motion and Reply in Support of Motion for Summary Judgment (Maximum 40 pages) |
| February 18, 2021 | Plaintiff's Reply in Support of Cross-Motion for Summary Judgment (Maximum 25 pages) |
| April 12, 2021 | Motions *in limine* should be FILED and NOTED |
| April 26, 2021 | Agreed pretrial order LODGED with the Court |
| May 3, 2021 | Pretrial conference will be held at 8:30 a.m. |
| May 3, 2021 | Trial brief, proposed *voir dire* & jury instructions due |
| May 17, 2021 | JURY TRIAL set for 9:00 a.m. |

**2.** Except as amended via this stipulation, all other scheduling Orders issued in this case shall remain in full force and effect.

IT IS SO ORDERED.

DATED this 14th day of December, 2020.

_Barbara J. Rothstein_
_____
The Honorable Barbara J. Rothstein
U.S. DISTRICT COURT JUDGE